194 Pa. Superior Ct. 245 (1960)
Biedenbach
v.
Teague (et al., Appellant).
Superior Court of Pennsylvania.
Argued November 16, 1960.
December 14, 1960.
*246 Before RHODES, P.J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.
*247 Lee C. McCandless, for appellant.
John Murrin, with him Murrin and Murrin, for appellees.
OPINION PER CURIAM, December 14, 1960:
The order of the court below is affirmed on the opinion of Judge J. FRANK GRAFF, as reported in 22 Pa. D. & C. 2d 588.